UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No. _____

AN EASEMENT AND RIGHT-OF-WAY
OVER 1.65 ACRES OF LAND, MORE OR
LESS, IN KNOX COUNTY, TENNESSEE, and
JACK A. KISER a/k/a JACK ALLEN KISER,
GERDA KISER a/k/a GERDA M. C. KISER,
   his wife,
Defendants.

## **COMPLAINT**

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired is a permanent easement and right-of-way.

5. The condemned property rights and the land affected thereby are described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff to have or may claim an interest in said property are as follows:

a. Jack A. Kiser a/k/a Jack Allen Kiser and Gerda Kiser a/k/a Gerda M. C. Kiser, his wife, own said property in fee simple as tenants by the entirety by virtue of deeds recorded in Deed Books 1450 and 1272, pages 210 and 88, respectively, in the office of the Register of Knox County, Tennessee.

b. County taxes for 2023 and 2024 are liens on said property.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

121839416