UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY,<br><br>*Plaintiff*,<br><br>v.<br><br>JACK A. KISER, GERDA KISER, and AN EASEMENT AND RIGHT-OF-WAY OVER 1.65 ACRES OF LAND, MORE OR LESS, IN KNOX COUNTY, TENNESSEE,<br><br>*Defendants*. | Case No. 3:24-cv-47<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## ORDER

Before the Court is the parties' notice of settlement (Doc. 17). The parties shall file a motion and proposed judgment by **June 7, 2024**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**