UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 3:24-CV-00047-TRM-DCP

AN EASEMENT AND RIGHT-OF-WAY
OVER 1.65 ACRES OF LAND, MORE OR
LESS, IN KNOX COUNTY, TENNESSEE, and
JACK A. KISER a/k/a JACK ALLEN KISER,
GERDA KISER a/k/a GERDA M. C. KISER,
 his wife,
Defendants.

## MOTION FOR ENTRY OF A PROPOSED JUDGMENT AND ORDER DISBURSING FUNDS

Plaintiff moves the Court for entry of a proposed judgment and order disbursing funds that would resolve all pending claims and would allow for the administrative termination of this action.

1. The sole remaining issue in this condemnation action is the amount of compensation to be awarded for the property rights that were taken, and Plaintiff and Defendants have entered into a settlement under which they agree that (a) the total compensation to be awarded for the property rights that were taken shall be $110,000; (b) Plaintiff has deposited with the registry of this Court the total sum of $110,000 (the "deposited sum"); and (c) the deposited sum shall be paid to Defendant Jack A. Kiser. The terms of the settlement are set forth in the proposed Judgment and Order Disbursing Funds (proposed Judgment) attached hereto in PDF format.

2. Plaintiff, at the commencement of this action, deposited $70,000, as its estimate of compensation. On May 24, 2024, Plaintiff mailed to the Clerk (i) a check in the amount of $40,000, for purposes of increasing the total amount of the deposited sum to $110,000; and

1

(ii) an IRS Form W-9 completed by Defendant Jack A. Kiser, which identifies the payee's Federal tax identification number and mailing address (for the Financial Administrator's use).

3. The proposed Judgment will be submitted by email to the assigned judge's chambers in Word format pursuant to TNED ECF Rules and Procedures 4.9.

    Respectfully submitted,

    *s/James S. Chase*
    James S. Chase (TN BAR 020578)
    Assistant General Counsel
    OFFICE OF THE GENERAL COUNSEL
    Tennessee Valley Authority
    400 West Summit Hill Drive
    Knoxville, Tennessee 37902-1401
    Telephone 865.632.4239
    jschase@tva.gov

    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Entry of a Proposed Judgment and Order Disbursing Funds was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system):

> James T. Snodgrass, Esq. (BPR #007049)
> KRAMER RAYSON LLP
> 800 S. Gay Street, Suite 2500
> Knoxville, Tennessee 37929
> Telephone 865.525.5134
> jsnodgrass@kramer-rayson.com
>
> Attorney for Defendants

A copy of this document is being sent to the following Defendants by regular U.S. mail as indicted below:

> Jack A. Kiser a/k/a Jack Allen Kiser
> 12744 Hickory Creek Road
> Knoxville Tennessee 37932
>
> Gerda Kiser a/k/a Gerda M. C. Kiser
> 12744 Hickory Creek Road
> Knoxville, Tennessee 37932

>> *s/James S. Chase*
>> James S. Chase (TN BAR 020578)
>> Attorney for Plaintiff

123580065