UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY,<br><br>    *Plaintiff*,<br><br>v.<br><br>JACK A. KISER, GERDA KISER, and AN EASEMENT AND RIGHT-OF-WAY OVER 1.65 ACRES OF LAND, MORE OR LESS, IN KNOX COUNTY, TENNESSEE,<br><br>    *Defendants*. | Case No. 3:24-cv-47<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## JUDGMENT ORDER

Before the Court is Plaintiff's Motion for Entry of a Proposed Judgment and Order Disbursing Funds (Doc. 19). As set forth in the motion, Plaintiff and Defendants Jack A. Kiser a/k/a Jack Allen Kiser, and Gerda Kiser a/k/a Gerda M. Kiser, have agreed to resolve this action with the total amount of compensation to be awarded for the condemned property rights being $110,000. The record of this case further shows that Plaintiff has deposited with the registry of this Court the total amount of $110,000, the disbursement of which is provided for herein.

It is, therefore, **ORDERED AND ADJUDGED** that:

1. Defendants shall recover from the Plaintiff $110,000 as full compensation for the taking of the property rights herein condemned, and Defendant Jack A. Kiser shall receive all of that amount.

2. The Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $110,000, plus any accrued interest thereon less the applicable registry fee payable to "Jack A. Kiser," and to mail said check to him at 12744 Hickory Creek Road, Knoxville, Tennessee 37932, in full satisfaction of this Judgment and Order Disbursing Funds ("Judgment"). The disbursement and release of such funds to the payee is conditioned on the payee providing a signed and completed IRS W-9 Form with a social security or tax identification number to the Tennessee Valley Authority who shall provide the signed and completed IRS W-9 Form to the Clerk of this Court.

3. The vesting of title in the United States of America, free of all liens, claims, and encumbrances, as evidenced by the Declaration of Taking filed herein on February 6, 2024 (Doc. 1-3), is hereby fully and finally confirmed with respect to the following-described property, said description being the same as in Attachment 1 to the Declaration of Taking filed herein (Doc. 1-4):

> Permanent easement and right-of-way, consisting of the perpetual right to enter and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission line structures with wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards; to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any line, structure, appurtenance, facility, or conductor (including structures and conductors being on and over adjacent land), the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:
>
> TRACT NO. WRTHV-39

A parcel of land located in the Sixth Civil District of Knox County, State of Tennessee, as shown on a map entitled "B–D, Loop into Watt Rd. Transmission Line Tap to Hardin Valley," drawing LW-2265, sheet P3BB, R.1, a reduced scale copy of which is attached to the Declaration of Taking filed herein, being more particularly described as follows:

Beginning at the eastern most corner of Scott Davis, et al., being 41.54 feet left of centerline of the location at survey station 170+19.58, and being a common corner of Jack A. Kiser, et ux.; thence N. 47° 00' 24" W., 8.57 feet; thence N. 52° 09' 25" E., with the right-of-way of the location, 859.08 feet; thence N. 24° 34' 55" E., with the right-of-way of the location, 383.48 feet to the Melton Hill Community Center, Inc., property line; thence S. 48° 14' 17" E., with the Melton Hill Community Center, Inc., property line, 104.67 feet; thence S. 24° 34' 55" W., with the right-of-way of the location, 229.02 feet to a point on the R. Eric Depew property line; thence S. 48° 57' 51" W., with the R. Eric Depew property line, 183.36 feet; thence S. 51° 32' 26" W., 774.46; thence in a westerly direction with the road, 70.14 feet to the point of beginning, and containing 1.65 acres, more or less.

Furthermore, the permanent easement rights include the perpetual right to install, maintain, and replace guy wires and necessary appurtenances outside the right-of-way for the transmission line structures located at survey station 178+89.56.

The coordinates, distances and directions of lines are referred to the Tennessee Coordinate System, NAD83(2011) Horizontal Datum, NAVD 88 Vertical Datum.

4. The Clerk of this Court shall furnish to Plaintiff a certified copy of this Judgment which shall serve as a muniment of title. The Clerk of this Court shall administratively terminate and close this action.

The Clerk is **DIRECTED** to **CLOSE** the case.

                                                  /s/ *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT